UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CALVIN AND CORRINE MALVEAUX**  **CIVIL ACTION**

**VERSUS**  **NO. 06-5627**

**BOIS D'ARC ENERGY, ET AL.**  **SECTION "K" (5)**

### O R D E R

Before the Court is Bois D' Arc Energy, Inc.'s Motion for Summary Judgment. Rec. Doc. 74. Plaintiffs did not timely file an Opposition and counsel has advised that his clients have no opposition to the Motion.

After reviewing Bois D' Arc Energy, Inc.'s Motion for Summary and the jurisprudence cited therein, the Court finds that the Motion has merit and **GRANTS** it as unopposed.

Accordingly,

**IT IS ORDERED** that Bois D' Arc Energy, Inc's Motion for Summary Judgment, Rec. Doc. 74, is **GRANTED**.

New Orleans, Louisiana, 21st day of June, 2008.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**